1  Law Offices of
   GEORGE C. BOISSEAU
2  740 4th Street
   Second Floor
3  Santa Rosa, California 95404
   Phone: (707) 578-5636
4
   Attorney for Defendant
5  MICHAEL VARGAS

6                    UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,           )   CR-06-0266-CRB
                                       )
9         Plaintiff,                   )   STIPULATION AND ORDER
                                       )   MODIFYING CONDITIONS
10 v.                                  )   OF RELEASE TO ALLOW OUT
                                       )   OF DISTRICT TRAVEL
11 MICHAEL VARGAS,                     )
                                       )
12        Defendant.                   )
   _____)
13
            Upon stipulation of the government and defendant, and agreement of Pre-Trial Services,
14
   the conditions of release for defendant, MICHAEL VARGAS, shall be modified as follows:
15
            Defendant's travel conditions are expanded to allow for travel outside the Northern District
16
   of California. Defendant shall be allowed to travel to the Eastern District of California, Central
17
   District of California, Southern District of California, and to the District of Nevada, for employment
18
   purposes. Further, defendant shall in advance advise Pre-trial Services of his travel plans outside
19
   the Northern District of California and Pre-Trial Services may set reasonable conditions on
20
   defendant's travel in their discretion.
21
            ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN
22
   UNCHANGED.
23
            SO STIPULATED.
24
            Dated: 11-16-06
25
                                                           David Hall
26                                                         Assistant U.S. Attorney

27

28                                               1

SO STIPULATED.

Dated: 11/16/06

_____
George C. Boisseau
Attorney for Defendant
MICHAEL VARGAS

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the conditions of release for defendant, MICHAEL VARGAS, shall be modified as follows:

Defendant shall be allowed to travel outside the Northern District of California to the Eastern District of California, Central District of California, Southern District of California, and to the District of Nevada, for employment purposes. Further, defendant shall in advance advise Pre-Trial Services of his travel plans outside the Northern District of California and Pre-trial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO ORDERED.

Dated: 11-17-06

_____
HON. JAMES ~~LARSON~~ MARIA-ELENA
U.S. MAGISTRATE JUDGE

2