~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Maria Elena James<br>U.S. Magistrate Judge | **RE:** | Michael Vargas |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR06 - 0266 |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Timothy Elder                                                            415-436-7519
                                                                        **TELEPHONE NUMBER**

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[✓]   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
      ____B____ on __11-8-07__ at __10:00 AM__.

[ ]   Inform all parties concerned that a Bail Review Hearing will be conducted by:
      Magistrate Judge_____ Presiding  District Court Judge_____

[ ]   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]   Modification(s)

      A.

      B.

[ ]   Bail Revoked/Bench Warrant Issued.

[ ]   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]   Other Instructions:

_____                    __10-18-07__
JUDICIAL OFFICER                                             DATE

Cover Sheet (12/03/02)