1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES,                          No. C 06-00266-11 CRB

12           Plaintiff,                      **ORDER DENYING MOTION TO SUPPRESS**

13      v.

14   MICHAEL VARGAS,

15           Defendant.
                                        ___/
16   _____

17        Defendant Michael Vargas moves to suppress evidence of narcotics discovered in his

18   automobile after San Francisco police officers pulled Vargas over for committing traffic

19   offenses.  Although Officer Matthew Mason effected a traffic stop based on vehicle code

20   violations, Mason did not violate the Fourth Amendment by extending his questioning of

21   Vargas to matters unrelated to the alleged traffic offenses.  See Muehler v. Mena, 544 U.S.

22   93, 100-01 (2005).  In United States v. Mendez, 476 F.3d 1077, 1080 (9th Cir. 2007), the

23   Ninth Circuit held that police officers did not need independent reasonable suspicion of

24   criminal activity in order to question the defendant about unrelated matters so long as they

25   were still processing his traffic violation.   Here, even though the purpose of the initial traffic

26   stop had been resolved, Officer Mason had received information from dispatch that Vargas'

27   Jaguar might contain narcotics and, therefore, Officer Mason had a reasonable suspicion that

28   criminal activity might be afoot to justify a further de minimus inquiry at the scene.  Because

"[a] reasonable officer would be justified in making further brief inquiry into the circumstances," <u>United States v. Beard</u>, 2007 WL 4292114, *1 (9th Cir. 2007), the motion to suppress is DENIED.

**IT IS SO ORDERED.**

Dated: January 30, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE